```
State Bar # 077632
RAY H. OLMSTEAD
Attorney at Law
P.O. Box 15031
Santa Rosa, California 95402
(707) 539-5551

Attorney for Michael and
Jean Chirhart
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.: 10-12978 |
| JAMES DICKSON GLOMB JR. | Chapter 13 |
| Debtor | DATE: October 7, 2010<br>TIME: 9:00 a.m.<br>COURT: Santa Rosa |

**MOTION FOR RELIEF FROM STAY**

Michael Chirhart and Jean Chirhart, hereafter "Chirharts", on their own behalf and on behalf of their agents, attorneys, successors and assigns, move the Court for an order modifying the automatic stay so that they may commence and continue all acts necessary to continue with litigation against the Debtor, a licensed engineering geologist, (and his corporation, Jim Glomb Consulting, Inc., a licensed geological consulting firm [the "corporation"], to the extent that the stay prohibits action against that entity), now pending in the Sonoma County Superior Court, including taking judgment against the Debtor and the corporation, on the causes of action set forth in the complaint.

1

Such relief from the stay will be expressly subject to the condition that Chirharts will never seek to enforce personal liability, nor execute the judgment, against the Debtor, personally. Chirharts will solely pursue enforcement of their claim as against any insurance coverage and/or proceeds that may be available and/or liable for payment of the Chirharts' claim against the Debtor and corporation.

This motion is made for cause, including lack of adequate protection of Chirharts' claim for damages, for which non-debtors (the insurance companies) have liability.

Chirharts are the owners of real property located at 2885 Holland Drive, Santa Rosa, California. Chirharts contracted with the Debtor, a licensed engineering geologist, and his corporation, Jim Glomb Consulting, Inc., a licensed geological consulting firm, among others, for geological investigation of the building site, for the preparation of a report and for the oversight of the construction of an improvement at that property. Chirharts have contended that the services provided by the Debtor, and others, were performed improperly and negligently, which has resulted in substantial damages to the Chirharts. Chirharts made demand upon the Debtor, and thereafter, on October 5, 2009, filed a complaint in the Sonoma County Superior Court, being Case No. 246004, "Chirhart vs Geotechnical and Environmental Consulting, Inc, et al.", in which the Debtor, and his corporation, Jim Glomb Consulting, Incorporated, are named as defendants. Chirharts were pursuing this litigation when the Debtor filed this bankruptcy case, thus staying further litigation against the Debtor, and arguably, against his corporation.

On information and belief, the Debtor has no opposition to the relief being sought by this motion.  He has not listed the Chirharts' claim as being disputed.

This motion is based upon the pleadings and filings herein the Declaration of James Clay, filed herewith, and such other and further evidence as may be presented at hearing.

Chirharts request a waiver of the stay provided for by B.R. 4001(a)(3).

Dated:   September 14, 2010

                                        Ray H. Olmstead
                                        Ray H. Olmstead, 77632, Attorney for Michael and Jean Chirhart

3