```
State Bar # 077632
RAY H. OLMSTEAD
Attorney at Law
P.O. Box 15031
Santa Rosa, California 95402
(707) 539-5551

Attorney for Michael and
Jean Chirhart
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                                  Case No.: 10-12978

JAMES DICKSON GLOMB JR.                 Chapter 13

       Debtor
_____/

**ORDER MODIFYING AUTOMATIC STAY**

Hearing on the Motion for Relief from Stay made by Michael Chirhart and Jean Chirhart, hereafter "Chirharts", having been noticed for October 7, 2010, in the U.S. Bankruptcy Court in Santa Rosa, California, Ray H. Olmstead having appeared for Chirharts, no other appearance nor opposition having been made in response to the motion, good cause appearing,

IT IS HEREBY ORDERED that the motion is granted and that the Automatic Stay is hereby modified to permit Chirharts, and their agents, attorneys, successors and assigns, to commence and continue all acts necessary to continue with their litigation against the Debtor, and against his corporation, Jim Glomb Consulting, Inc.,

now pending in the Sonoma County Superior Court, as Case No. 246004, including taking judgment against the Debtor and the corporation. Provided however, that any judgment against the Debtor shall be deemed a determination of liability, only, and any such judgment shall not be enforced against the person or property of the Debtor. Chirharts may not enforce any such judgment, nor seek execution under said judgment, as against the Debtor, personally.

    IT IS FURTHER ORDERED, that the stay provided for by B.R. 4001(a)(3) is waived.

Dated: October 18, 2010

---
Alan Jaroslovsky
U.S. Bankruptcy Judge

2